**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| | : | |
| FRANCIS X. GOODWIN, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.   1:17-cv-95 |
| | : | |
| | : | |
| QUINTILES, INC., | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Defendant Quintiles, Inc. ("**Defendant**") hereby removes this action from the Providence County Superior Court, State of Rhode Island pursuant 28 U.S.C. §§ 1331, 1332 and 1441.  In support thereof, Defendant avers as follows:

1.      On or about January 20, 2017, Plaintiff Francis X. Goodwin, Jr. ("**Plaintiff**") commenced this action by filing a Complaint in the Providence County Superior Court, State of Rhode Island, C.A. No. 2017-0341.  A copy of the Complaint is attached as **Exhibit "A."**

2.      The Complaint was served upon Defendant on February 16, 2017.

## GROUNDS FOR REMOVAL

### Federal Question

3.      A civil action for which a district court has original jurisdiction shall be removable without regard to citizenship or residence of the parties.  28 U.S.C. § 1441(a).

4.      Removal is authorized when the well-pleaded allegations of the Complaint raise an issue of federal law.  *See Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149 (1908), overruled on other grounds, *Smith v. Kansas City Title & Transfer Co.*, 255 U.S. 180 (1921).

5.      Plaintiff's claim arises under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.* Thus, the District Court has original jurisdiction over this action because the Complaint seeks to enforce a claim or right that arises under the laws of the United States. *See* 28 U.S.C. §§ 1331, 1441(a).

6.      In addition to a claim under the Age Discrimination in Employment Act, the Complaint asserts a cause of action under the Rhode Island Fair Employment Practices Act, R.I.G.L. § 28-5-1, *et seq.* in which Plaintiff alleges Defendant unlawfully discriminated against him on the basis of his age.

7.      The Complaint also asserts a cause of action under the Rhode Island Civil Rights Act of 1990, R.I.G.L. § 42-112-1, *et seq.* pursuant to which Plaintiff claims he suffered unlawful discrimination on account of his age.

8.      In any civil action for which a district court has original jurisdiction, the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the action that they form the same case and controversy. 28 U.S.C. § 1367(a). *See United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966) (a federal court may exercise supplemental jurisdiction over a state claim whenever it is joined with a federal claim and the two claims derive from a common nucleus of operative fact and the plaintiff would ordinarily be expected to try them both in one judicial proceeding).

### Diversity

9.      A district court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. *See* 28 U.S.C. § 1332(a)(1).

10.     Plaintiff is a citizen of the State of Rhode Island.

11.     Defendant is a corporation organized and existing under the laws of the State of Delaware and has no principal place of business in Rhode Island.

12.     The citizenship of Defendant is therefore diverse from the citizenship of Plaintiff.

13.     More than $75,000, exclusive of interest and costs is in controversy in this matter.

14.     Venue is proper under 28 U.S.C. § 1446(a) because the United States District Court for the District of Rhode Island is the federal district embracing the Providence County Superior Court, State of Rhode Island.

15.     This Notice is timely, as it is being filed less than thirty days after service of the Complaint.  *See* 28 U.S.C. § 1446(2)(B).

16.     A copy of this Notice will be filed with the Providence County Superior Court, State of Rhode Island as required by 28 U.S.C. § 1446(d).

17.     A copy of this Notice will be served upon Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Quintiles, Inc. hereby removes this action from the Providence County Superior Court to the United States District for the District of Rhode Island.

Respectfully submitted,

DEFENDANT QUINTILES, INC.,

By Its Attorneys,

**/s/ Matthew D. Kelly**
Matthew D. Kelly, Esq. (#6156)
WHITE & KELLY, P.C.
The Westminster Square Building
155 Westminster Street, 7th Floor
Providence, RI  02903
(401) 273-1400 / (401) 273-1177 – fax
mkelly@whitekelly.com

3

4

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew D. Kelly, hereby certify that a copy of the within was filed through the ECF system, and will be sent electronically on the 7th day of March 2017 to:

V. Edward Formisano, Esq.
Formisano & Company, P.C.
100 Midway Place, Suite 1
Cranston, RI  02920

**<u>/s/ Matthew D. Kelly</u>**

5851.noticeremoval.fed

4